UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                          )
                                )
      Business of the Court     )

**ORDER**

Pursuant to Fed.R.Civ.P.16(c)(16), the Court, upon careful consideration, finds that in order to facilitate a just, speedy and inexpensive disposition of these actions, the pending cases identified below are consolidated and assigned to Judge Henry E. Autrey for the limited purpose of considering and ruling on the motions for remand currently pending or which may be filed in each case. Upon resolution of these motions, this consolidation shall be terminated and the cases will be restored to the dockets of the Judges who were originally assigned at time of filing for all further proceedings, unless otherwise ordered.

The lead case for purposes of this consolidation is **Black v. Janssen Pharmaceutica, L.P., et al., 4:05CV1921HEA.** The clerk is directed to docket this order in each of the cases identified below:

4:05CV1922CEJ - <u>Buck v. Janssen Pharmaceutica, L.P., et al.</u>
4:05CV1925CEJ - <u>M. v. Janssen Pharmaceutica, L.P., et al.</u>
4:05CV1928CAS - <u>Thompson v. Janssen Pharmaceutica, L.P., et al.</u>
4:05CV1930HEA - <u>Watkins v. Janssen Pharmaceutica, L.P., et al.</u>

**SO ORDERED** this 10th day of March, 2006.

_____
CAROL E. JACKSON
CHIEF UNITED STATES DISTRICT JUDGE